# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 31, 2015 |
| Court Reporter: Janet Coppock | Time: 35 minutes |
| Probation Officer: Kyla Hamilton | Interpreter: Cathy Bahr |

**CASE NO. 14-CR-00498-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **RAUL EDUARDO CHAPA-MEDINA,** | Matthew Belcher |
| Defendant. | |

## SENTENCING

**11:27 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00498-PAB
July 31, 2015

Argument by Mr. Belcher in support of the defendant's Motion for Downward Departure Pursuant to U.S.S.G. § 2L1.2, Application Note 8 and comments addressing sentencing.

Argument by Ms. Gibson in support of the Government's Motion for One Level Departure and comments addressing sentencing.

Further argument by Mr. Belcher.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Downward Departure Pursuant to U.S.S.G. § 2L1.2, Application Note 8 [Docket No. 27], is **DENIED**.

**ORDERED:**   Government's Motion for One Level Departure [Docket No. 26], is **GRANTED**.

Defendant entered his plea on **April 3, 2015** to count **1 of the Indictment.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **33** months.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   No fine is imposed because the defendant does not have the ability to pay a fine.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

Page Three
14-CR-00498-PAB
July 31, 2015

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**12:02 p.m.    COURT IN RECESS**

**Total in court time:    35 minutes**

**Hearing concluded**